IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mckinley, Jennifer L | Case Number: 06 B 09353 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/19/08 | Filed: 8/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 3, 2008
Confirmed: September 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 220.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 209.44 |
| Trustee Fee: | | 10.56 |
| Other Funds: | | 0.00 |
| Totals: | 220.00 | 220.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,810.00 | 209.44 |
| 2. | AmeriCash Loans, LLC | Unsecured | 31.83 | 0.00 |
| 3. | Fingerhut | Unsecured | 19.31 | 0.00 |
| 4. | Brother Loan & Finance | Unsecured | 77.96 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 86.25 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 41.86 | 0.00 |
| 7. | AAA Checkmate LLC | Unsecured | 66.11 | 0.00 |
| 8. | Nicor Gas | Unsecured | 31.20 | 0.00 |
| 9. | National Capital Management | Unsecured | 41.93 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | National Quick Cash | Unsecured | | No Claim Filed |
| 13. | Cash Transfers Center | Unsecured | | No Claim Filed |
| 14. | Pay Day Loans | Unsecured | | No Claim Filed |
| 15. | HSBC | Unsecured | | No Claim Filed |
| 16. | Guarantee Bank | Unsecured | | No Claim Filed |
| 17. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 3,206.45 | $ 209.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 10.56 |
| | $ 10.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Mckinley, Jennifer L

Printed:  2/19/08

Case Number:  06 B 09353
Judge:  Wedoff, Eugene R
Filed:  8/2/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

